UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SHELLY STEVENS,

        Plaintiff,

v.                                               Case No. 16-C-540

BARCLAYS BANK DELAWARE,

        Defendant.

---

**ORDER**

---

Plaintiff has filed a motion to dismiss this action without prejudice. The Defendant does not oppose the motion. Accordingly, the motion is granted, and the case is ordered **DISMISSED** without prejudice.

Dated this 10th day of August, 2016.

                                                  /s William C. Griesbach
                                                William C. Griesbach, Chief Judge
                                                United States District Court